UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| | ) |
|                 Plaintiff, | ) |
|    v. | ) |
| | ) Case No. 18-cv-656 (BAH) |
| DEPARTMENT OF VETERANS AFFAIRS, et al., | ) |
| | ) |
|                 Defendants. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANTS DOE, USDA, DOD AND DOT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree to dismiss this action with prejudice as it pertains to Defendants the Department of Energy, the Department of Agriculture, the Department of Defense, and the Department of Transportation, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendants

and

        /s/
Hart W. Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
hart.wood@americanoversight.org

*Counsel for Plaintiff*